Richard W. Rose Jr.
Trustee
309 Belmont St.
A-3
Worcester MA 01604

11-8-25

U.S. District Court
Office of the Clerk
55 Pleasant St.
Concord N.H. 03301

RE: Reedfield Rd.    v. Town of Allenstown
    Realty Trust       Allenstown Police Dept.
    Richard W. Rose Jr.  David + Carol Stonge

Dear Clerk,

Please Mark, file, docket open the Estate Matter of the United States Bankruptcy Court, Real Estate Trustee: Richard W. Rose Jr. of N.H. Send me a Civil Cover sheet and Court fee waiver form.

Thank You,
Richard W. Rose Jr.
Trustee

U.S. District Court
of
New Hampshire

The Deerfield Road Realty Trust
Richard W. Potter Jr. Trustee, Debtor's
Richard W. Potter Jr.

V.

Town of Allenstown
Allenstown Police Dept.
David and Carol Stonge

} Complaint

On 12-5-2000 David and Carol Stonge bought 355 Deerfield Rd., Allenstown NH a Epoch Colonial Modular Home, built and paid for in cash, Richard W. Potter Jr. Trustee, President of R. William Potter Ent. Corp. Epoch Colonial Modular Home, Model the "Adams" built and set up on it's foundation Lot #22 2.2 acre Clearview Drive, Allenstown NH. On 5-1-1988 the Trustee of the Deerfield Rd. Realty Trust filed for U.S. Chapter Bankruptcy 7, New Hampshire.

Per order of Chief Justice Marc W. Vaughn, U.S. Bankruptcy Court, of New Hampshire the Estate of the Deerfield Rd., Realty Trust is discharged and closed dismissed. Richard W. Poles jr. remains the Estate Trustee. The Trustee paid cash for both Land and Modular Home. On 6-2-2016 The Trustee transfered the Modular Home by Quit Claim Deed from R. William Poles Ent. Corp. and The Deerfield Rd. Realty Trust to Richard W. Poles jr. for consideration of nominal contractual dollars, filed and recorded by Quit Claim Deed, Merrimack County Registry of Deeds, book 3519 page 383  6-20-2016 Owner: Richard W. Poles jr., by Deed and Bill of Sale. On 12-5-2018 David and Carol Sturge filed a Deed transfer the Estate from them selfs to D+C Revokable Trust. My Deed was already recorded on 6-20-2016 me as the owner. They have lived in the Modular Home for 25 years and the Town of Allenstown and Allenstown Police "Shield Them".

On 12/27/2023 Officer Michael Stark called me and sent me a criminal theating letter that I do not own the lot or the Modular Home. That he was going to arrest me cross state boarders to Massachusetts take me to New Hampshire and hold me in jail without bail. I sent his letter to the Chief of the Worcester Police Dept., Worcester MA he did nothing. On 9-27-2024 I filed a law suit against D+C Revokable Trust. My Motion was granted, The Merrimack Superior Court Judge granted my endorcement of Motion for David and Carol Storge to vacate 355 Deerfield Rd., Allenstown N.H., and pay me 25 years of back rent and the Allenstown Police Dept. to leave this 65 year old home owner and Trustee alone. David and Carol Storge are still in the home it needs eviction and a new Deed. Modular Homes do not have Deeds transfer it by Bill of Sale. Complaintant,
Richard W. Perez, Jr.

# BILL OF SALE

Sellers:    Deerfield Road Realty Trust
Richard William Porter, Jr.
Trustee
309 Belmont Street
Worcester, MA 01604

Buyer:    Richard William Porter, Jr.
54 School Street
Woburn, MA 01801

For consideration of nominal dollars

(GR) Paid

That certain Epoch Colonial Modular Home, situated on lot #22, 355 Deerfield Rd, Clearview Drive, Allenstown, Merrimack County, New Hampshire, 03275, meaning and intending to convey the home and land a Epoch Modular Home model the "Adams" in the Merrimack County Registry of Deeds in book 3519, Page 383 of said, 6-20-2016.

Trustee

X *[signature]*
Richard William Porter, Jr.
4-9-2025

U.S. District Court
of
New Hampshire
Merrimack, S.S.

Deerfield Rd. Realty
Trust, Richard Peters Jr.  } Complaint
Trustee - Debtor
Richard W. Peters Jr.

V.

Town of Allenstown
Allenstown Police Dept.
David + Carol Stirge

FILED - USDC -NH
2025 NOV 17 PM 4:04

On 5-1-1999 The Deerfield Rd. Realty Trust filed for Chapter 7 U.S. Bankruptcy Court protection order discharged and closed Chief Justice Marc W. Vaughn 9-12-2001. On 5-1-1998 Trustee Richard W. Peters Jr. bought, paid C.O.D. Cash for foundation, Epoch Colonial Modular Home, 355 Deerfield Rd., Allenstown NH, Lot #22 Clearview Drive. On 10-5-2000 David + Carol Stirge bought the home from a second party person who did not own the Modular Home or Lot #22 and they obtained a mortgage and moved in. On 6-30-2016 I filed a Quit Claim Deed at the Merrimack County Registry of Deeds for the Epoch Colonial Modular Home, foundation, in Book 3519 Page 383. Owner by Deed and Bill of Sale: Richard W. Peters Jr.. On 12-27-2023 Officer Michael Stark sent me a letter charging me with Real Estate fraud and I did not own the Modular Home. The Town of Allenstown Collecting taxes for 27 years from them.

Plaintiff,
Richard W. Peters Jr.

11-10-25

Richard W. Roy Jr.
309 Belmont St.
Worcester MA 01604

U.S. District Court
Office of the Clerk
55 Pleasant St.
Concord NH 03301

R/E: Deerfield Rd. Realty Trust
Richard W. Roy Jr.
v.
Town of Allenstown
et al...

Dear Clerk,
 Please mark, file, docket open the case enclosed. Send me a civil cover sheet, court fee waiver form and 5 docket reports and 5 copies of the complaint.

Thank You,
Richard W. Roy Jr.

# BILL OF SALE

Sellers: Deerfield Road Realty Trust
Richard William Porter, Jr.
Trustee
309 Belmont Street
Worcester, MA 01604

Buyer: Richard William Porter, Jr.
54 School Street
Woburn, MA 01801

For consideration of nominal dollars

(GR) Paid

That certain Epoch Colonial Modular Home, situated on lot #22, 355 Deerfield Rd, Clearview Drive, Allenstown, Merrimack County, New Hampshire, 03275, meaning and intending to convey the home and land a Epoch Modular Home model the "Adams" in the Merrimack County Registry of Deeds in book 3519, Page 383 of said, 6-20-2016.

Trustee

x*/signature/*
Richard William Porter, Jr.
4-9-2025

State of New Hampshire

Merrimack, S.S.

Richard W. Potts Jr.
  V.
D+C Revokable Trust
Stonge, David + Carol

} Trustee's Petition
RSA: 564:A: 7:II

RECEIVED NOV 03 2025
FILED - USDC - NH

Now Comes Real Estate Trustee of the Deerfield Rd. Realty Trust, Richard William Potts Jr., the Court to order and enforce Endorcement of Motion 9-27-2024.

1). Order, David + Carol Stonge to vacate 355 Deerfield Rd., Allenstown NH and pay 25 years of back rent. They have not complied and did not pay Richard W. Potts Jr.

2). Merrimack Sheriff Deputy's at their expence serve upon them Eviction order's and clean the home. Not complied to, and at no cost to me.

3). Allenstown Police Dept. order to leave this 65 year old Trustee and home owner alone.

4). The Court to order the Sheriff's Deputy's to Evict them.

Petitioner,
Richard W. Potts Jr.
Trustee

Cc: U.S. District Court

Richard Porter Jr.
Trustee
309 Belmont St.
Worcester MA 01604

U.S. District Court
Office of the Clerk
55 Pleasant St.
Concord N.H. 03301

BOSTON MA 020
13 NOV 2025 PM 7 L

US POSTAGE — PITNEY BOWES
ZIP 01604
02 4W
0000386911 NOV 10 2025
$001.03

03301-395499