UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Richard W. Porter, et al


        v.                                Case No. 25-cv-528-SE


Allenstown, NH, Town of, et al


ORDER


    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 24, 2026 (doc. no. [6]). For the reasons explained therein, plaintiff's case is dismissed without prejudice to Mr. Porter's ability to seek relief in state court for the defendants' alleged violations of state court orders.

    "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).


1

Plaintiff's action is dismissed in its entirety. The clerk is directed to enter judgment and close this case.

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: April 16, 2026

cc:  Richard W. Porter, pro se